**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Roslino ADRIANO–COTA, Defendant—
Appellant.**

No. 05–10049.

D.C. No. CR–04–01125–MHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 18, 2005.

Raynette M. Logan, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff—Appellee.

Donald W. Macpherson, The Macpherson Group, PC, Glendale, AZ, for Defendant—Appellant.

Before WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM**

Roslino Adriano–Cota appeals his conviction and 30–month sentence imposed for illegal re-entry into the United States following deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). Adriano–Cota's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable issues. Adriano–Cota has not submitted a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Adriano–Cota knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir. 2005) (noting that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.